In the Matter of the TITLE, BALLOT TITLE AND SUBMISSION CLAUSE FOR 2003–2004 # 53 & # 54,

Donald Ryan, Petitioners,

v.

Douglas Campbell and Dennis Polhill,

and

William Hobbs, Alan J. Gilbert and Charles Pike, Title Board, Respondents.

In the Matter of the Title, Ballot Title and Submission Clause for 2003–2004 # 53 & # 54 and Failure to Set Title for 2003–2004 # 51 & # 52,

Douglas Campbell and Dennis Polhill, Petitioners,

v.

William Hobbs, Alan J. Gilbert and Charles Pike, Title Board, Respondents.

Nos. 03SA206, 03SA207.

Supreme Court of Colorado, En Banc.

Oct. 6, 2003.

Donald J. Ryan, Wheat Ridge, Colorado, pro se.

Douglas Campbell and Dennis Polhill, Arvada, Colorado, pro se.

Ken Salazar, Attorney General, Maurice G. Knaizer, Deputy Attorney General, Denver, Colorado, Attorneys for the Title Board.

Chief Justice MULLARKEY delivered the Opinion of the Court.

These appeals pursuant to section 1–40–107(2), 1 C.R.S. (2002), challenge the actions of the title board ("the board") setting the title, ballot title, submission clause, and summary (collectively, "the title") for proposed initiatives 2003–04 # 51 ("# 51") and 2003–04 # 52 ("# 52"); and refusing to set titles for proposed initiatives 2003–04 # 53 ("# 53") and 2003–04 # 54 ("# 54").

Our decision, *In the Matter of the Title, Ballot, and Submission Clause for 2003–2004 # 32 & # 33 and Failure to Set Title for 2003–2004 # 21 & # 22*, 76 P.3d 460 (Colo. 2003), controls in this case. Accordingly, we hold that # 51, # 52, # 53, and # 54 all contain multiple subjects in violation of article V, section 1(5.5) of the Colorado Constitution.

With respect to # 51 and # 52, we affirm the action of the board refusing to set the titles. With respect to # 53 and # 54, we reverse the action of the board and remand this matter to the board with directions to strike the titles and return the initiatives to the proponents. Because we find that all four measures contain multiple subjects, we do not consider whether the titles set by the board conform to the requirements of section 1–40–106(3).

Justice COATS dissents, and Justice KOURLIS joins in the dissent.

Justice COATS dissenting.

For the reasons expressed in the dissenting opinion in *In the Matter of the Title, Ballot, and Submission Clause for 2003–2004 # 32 & # 33 and Failure to Set Title for 2003–2004*, 76 P.3d 460 (Colo.2003), I would reverse the action of the board in refusing to set titles for ## 51 and 52, and I would affirm its action in setting titles for # 53 and 54. I therefore respectfully dissent.

Justice KOURLIS joins in the dissent.